RECEIVED
1061504
AUG 3 1 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JUAN CARLOS ARIAS-SARMIENTOS a/k/a
Jose J. Ramos, a/k/a Julian Castillo-Castro
71 Daniels St., 2nd Fl., Pawt., RI D.O.B.: 11/28/73

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-110M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN CARLOS ARIAS-SARMIENTOS a/k/a Jose J. Ramos a/k/a Julian Castillo-Castro

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
willfully and knowingly making a false statement in a passport application

in violation of Title 18 United States Code, Section(s) 1542

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | 08-31-2005 Providence, Rhode Island |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at MA by DSS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/31/05 | CJ Wyant SDUSM | Chal Wyant |
| DATE OF ARREST 11/21/07 | | |